■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v John NIELSEN, Respondent.—Appeal by the People from an order of the County Court, Westchester County, dated September 16, 1975, which, upon reargument and upon inspection of the Grand Jury minutes, pursuant to defendant's motion, dismissed the indictment. Order reversed, on the law, and

indictment reinstated on the authority of *People v Court* (52 AD2d 891, affd 43 NY2d 817). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.